| | |
|---|---|
| CHUCK P. EBERTIN (161374)<br>ANDREW C. TEMKIN (199779)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>525 University Avenue<br>Palo Alto, CA 94301<br>Tel: (650) 470-4500<br>Fax: (650) 470-4570<br><br>Attorneys for Plaintiffs<br>Applied Materials, Inc. and<br>Applied Materials Israel, Ltd. | MICHAEL A. JACOBS (111664)<br>SHANE BRUN (179079)<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Tel: (415) 268-7000<br>Fax: (415) 268-7522<br><br>Attorneys for Defendants<br>Negevtech, Inc. and Negevtech Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC. and<br>APPLIED MATERIALS ISRAEL, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>NEGEVTECH, INC. and NEGEVTECH LTD.,<br><br>Defendants. | Case No. C04-03656 SI<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE** |

1 Whereas, on March 30, 2005, the Court granted plaintiff Applied Materials, Inc.'s motion to add Applied Materials Israel, Ltd. ("AMIL") as a plaintiff;

Whereas, plaintiffs seek to file an amended complaint to conform the pleadings to reflect the addition of AMIL as a plaintiff;

Whereas, plaintiffs propose to supplement their initial Disclosure of Asserted Claims and Preliminary Infringement Contentions to identify additional claims of U.S. Patent No. 5,982,921 that plaintiffs contend are infringed by defendants in light of defendants' discovery responses of April 28, 2005; and

Whereas, the parties seek to modify dates relating to the parties' preliminary infringement, invalidity, and claim construction contentions in view of the expansion of asserted claims;

The parties, through their respective counsel, hereby stipulate to modify the current case schedule as follows:

| | |
|---|---|
| Plaintiffs to file and serve Amended Complaint | 6/3/05 |
| Plaintiffs to serve Supplemental Disclosure of Asserted Claims and Preliminary Infringement Contentions | 6/10/05 |
| Defendants to file and serve Answer to Amended Complaint | 6/23/05 |
| Defendants to serve Supplemental Preliminary Invalidity Contentions | 7/25/05 |
| Parties to exchange Supplemental Proposed Terms and Claim Elements for Construction | 7/25/05 |
| Parties to exchange Supplemental Preliminary Claim Construction and Extrinsic Evidence | 8/17/05 |
| Parties to file Joint Claim Construction and Pre-Hearing Statement | 9/16/05 |
| Parties to complete claim construction discovery | 10/14/05 |
| Plaintiffs to file Opening Claim Construction Brief | 10/31/05 |
| Defendants to file Opposition Claim Construction Brief | 11/14/05 |
| Plaintiffs to file Reply Claim Construction Brief | 11/21/05 |
| Tutorial | ~~12/6/05~~ or 12/19/05 |
| Claim Construction Hearing | ~~12/7/05~~ or 12/20/05 |

1  The dates previously set for the above events are hereby vacated. All other dates set forth
2  in the Court's Minute Entry filed February 15, 2005, shall remain unchanged.
3  There have been no prior time modifications in this case relating to the any of the events
4  listed above.
5  This stipulation and proposed order is without prejudice to either party seeking a further
6  adjustment to the schedule, including Negevtech's motion to stay this case pending a proposed
7  reexamination of the '921 patent by the Patent Office.

Dated: June 1, 2005            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                               By:   /S/ Chuck P. Ebertin
                                     Chuck P. Ebertin

                                     Attorneys for Plaintiffs
                                     Applied Materials, Inc. and
                                     Applied Materials Israel, Ltd.

Dated: June 1, 2005            MORRISON & FOERSTER LLP

                               By:   /S/ Shane Brun
                                     Shane Brun

                                     Attorneys for Defendants
                                     Negevtech, Inc. and Negevtech Ltd.

I, Chuck P. Ebertin, attest that Shane Brun has concurred in the filing of this document.

                                     /S/ Chuck P. Ebertin

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

[SEAL: IT IS SO ORDERED — Judge Susan Illston — United States District Court, Northern District of California]

175320                         3                                    STIPULATION AND ORDER
                                                                    CASE NO. C 04-03656 SI