UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC. and<br>APPLIED MATERIALS ISRAEL, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>NEGEVTECH, INC. and NEGEVTECH LTD.,<br><br>Defendants. | Case No. C04-03656 SI<br><br>**[PROPOSED]**<br>**ORDER GRANTING APPLIED**<br>**MATERIALS' REQUEST TO FILE**<br>**DOCUMENTS UNDER SEAL**<br><br>Judge: Hon. Susan Illston |

The parties having stipulated to a Protective Order and the Court having signed the Order on April 13, 2005, plaintiffs have submitted certain documents for filing under seal. After full consideration of the issues before the Court,

IT IS HEREBY ORDERED that the following documents are to be filed under seal:

1. An unredacted version of Plaintiffs' Reply in Support of Their Motion for Partial Summary Judgment and Opposition to Defendants' Cross-Motion for Partial Summary Judgment.

2. Exhibit 19 to the Declaration of Chuck P. Ebertin in Support of Plaintiffs' Reply in Support of their Motion for Partial Summary Judgment and Plaintiffs' Opposition to Defendants' Cross-Motion for Partial Summary Judgment.

IT IS SO ORDERED.

Dated: _____  _____



[Proposed] Order re Applied Materials' Request to File Documents Under Seal
CASE NO. C 04-03656 SI

176937

2