| | |
|---|---|
| CHUCK P. EBERTIN (161374)<br>ANDREW C. TEMKIN (199779)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>525 University Avenue<br>Palo Alto, CA 94301<br>Tel: (650) 470-4500<br>Fax: (650) 470-4570 | MICHAEL A. JACOBS (111664)<br>SHANE BRUN (179079)<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Tel: (415) 268-7000<br>Fax: (415) 268-7522 |
| Attorneys for Plaintiffs<br>Applied Materials, Inc. and<br>Applied Materials Israel, Ltd. | Attorneys for Defendants<br>Negevtech, Inc. and Negevtech Ltd. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC. and APPLIED MATERIALS ISRAEL, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>NEGEVTECH LTD. and NEGEVTECH, INC.,<br><br>Defendants. | Case No. C04-03656 SI<br><br>[PROPOSED]<br>ORDER OF DISMISSAL OF PLAINTIFFS' THIRD CAUSE OF ACTION AND DEFENDANTS' THIRD AND FIFTH COUNTERCLAIMS |

Pursuant to Federal Rule of Civil Procedure 41(a) and 41(c), Plaintiffs Applied Materials, Inc. and Applied Materials Israel, Ltd. (collectively "Applied Materials") hereby dismiss with prejudice their Third Cause of Action (i.e., infringement of United States Patent No. 6,256,093 ["the '093 patent"]) against defendants Negevtech Ltd. and Negevtech, Inc. (collectively "Negevtech"). Negevtech hereby dismisses with prejudice its Third Counterclaim (declaratory judgment of non-infringement of the '093 patent) and dismisses without prejudice its Fifth Counterclaim (declaratory judgment of invalidity of the '093 patent) against plaintiff Applied Materials. Applied Materials and Negevtech agree that this dismissal only addresses the '093 patent and does not apply to any other intellectual property of Applied Materials or Negevtech.

| | | |
|---|---|---|
| 1 | Dated: December 12, 2005 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 2 | | |
| 3 | | /S/ Chuck P. Ebertin |
| 4 | | Chuck P. Ebertin<br>Attorneys for Plaintiffs<br>Applied Materials, Inc. and Applied Materials Israel, Ltd. |
| 7 | Dated: December 12, 2005 | MORRISON & FOERSTER LLP |
| 9 | | /S/ Shane Brun<br>Shane Brun<br>Attorneys for Defendants<br>Negevtech Ltd. and Negevtech, Inc. |

I, Chuck P. Ebertin, attest that Shane Brun has concurred in the filing of this document.

/S/ Chuck Ebertin
Chuck P. Ebertin

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

SUSAN ILLSTON
United States District Judge

IT IS SO ORDERED
Judge Susan Illston

ORDER OF DISMISSAL OF THIRD CAUSE OF ACTION
AND THIRD AND FIFTH COUNTERCLAIMS
CASE NO. C04-03656 SI

2