| | |
|---|---|
| CHUCK P. EBERTIN (161374)<br>ANDREW C. TEMKIN (199779)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM<br>525 University Avenue, Suite 1100<br>Palo Alto, CA 94301<br>Tel: (650) 470-4500<br>Fax: (650) 470-4570 | MICHAEL A. JACOBS (111664)<br>SHANE BRUN (179079)<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Tel: (415) 268-7000<br>Fax: (415) 268-7522 |
| Attorneys for Plaintiffs<br>Applied Materials, Inc. and<br>Applied Materials Israel, Ltd. | Attorneys for Defendants<br>Negevtech, Inc. and<br>Negevtech Ltd. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC. and APPLIED MATERIALS ISRAEL, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>NEGEVTECH LTD. and NEGEVTECH, INC.,<br><br>Defendants. | Case No. C04-03656 SI<br><br>STIPULATION AND [PROPOSED] ORDER PRELIMINARILY ENJOINING DEFENDANTS NEGEVTECH LTD. AND NEGEVTECH, INC. WITH RESPECT TO U.S. PATENT NO. 6,924,891 |

On December 13, 2005, plaintiffs Applied Materials, Inc. and Applied Materials Israel, Ltd. (collectively "Applied Materials") jointly filed a motion to preliminarily enjoin defendants Negevtech Ltd. and Negevtech, Inc. (collectively "Negevtech") from infringing United States Patent No. 6,924,891 ("the '891 patent"). The hearing on Applied Materials' motion is currently set for March 3, 2006. The parties wish to resolve Applied Materials' motion without further litigation by agreeing to this Stipulation and Order Preliminarily Enjoining Defendants with respect to the '891 patent. A copy of the '891 patent is attached as Exhibit 1 to this Stipulation and Order.

# BACKGROUND

The '891 patent issued on August 3, 2005. On September 19, 2005, Applied Materials provided Negevtech with a copy of the '891 patent and its contention that Negevtech infringed the '891 patent by making, using, selling, offering to sell and importing the Negevtech 302 and 3100 wafer inspection systems. On October 25, 2005, Applied Materials filed its Second Amended Complaint alleging, *inter alia*, that Negevtech infringed and was continuing to infringe the '891 patent through its commercial activities involving the Negevtech 302 and 3100 wafer inspection systems.

On November 16, 2005, Negevtech advised Applied Materials that it would be replacing the sequential two fiber bundle structure in its systems with a single fiber bundle structure. As used in this Stipulation and Order, "sequential two fiber bundle structure" means a structure where light that is used to illuminate a wafer during inspection is transmitted through a first fiber bundle and then transmitted through a second fiber bundle before the light illuminates a portion of the wafer under inspection. Negevtech provided Applied Materials with copies of the engineering drawings for its single fiber bundle structure (NEG0016347R) and its sequential two fiber bundle structure (NEG0014629R-NEG0014630R) on November 30, 2005. Redacted versions of those drawings are attached as Exhibit 2 to this Stipulation and Order.

On December 13, 2005, Applied Materials filed its currently pending motion for a preliminary injunction. The parties agree to resolve this motion now through the entry of this Stipulation and Order. In so doing, the parties agree that this Stipulation and Order does not address the underlying merits in this case and that nothing in this Stipulation and Order shall be interpreted: (i) as a determination by the Court regarding either party's likelihood of success with respect to infringement, validity or enforceability of the '891 patent; (ii) as a determination by the Court that Negevtech's continuing sales of systems utilizing sequential fiber bundles would cause irreparable harm to Applied Materials; or (iii) as a determination by the Court or an admission by Applied Materials that Negevtech's systems incorporating the single fiber bundle structure are free from infringement of any intellectual property owned or controlled by Applied Materials.

Applied Materials shall not be required to post a bond under Fed. R. Civ. P. § 65(c) or otherwise in connection with this Stipulation and Order.

## STIPULATED PRELIMINARY INJUNCTION

**IT IS HEREBY STIPULATED** that:

The Defendants, Negevtech Ltd. and Negevtech, Inc., including their officers, directors, agents, servants, employees, subsidiaries, affiliates, and any persons in active concert or participation with them who receive actual notice of this injunction by personal service or otherwise, are preliminarily enjoined from indirectly or directly making, using, offering to sell, or selling within the United States or importing into the United States any of the following products and methods:

(1) All Negevtech 302 and 3100 wafer inspection systems that reduce speckle with a sequential two fiber bundle structure, such as that described in NEG0011490 and NEG0014629-14630;

(2) Any new or modified wafer inspection systems that reduce speckle with a sequential two fiber bundle structure, such as that described in NEG0011490 and NEG0014629-14630;

(3) All speckle reduction methods of the Negevtech 302 and 3100 wafer inspection systems that utilize a sequential two fiber bundle structure, such as that described in NEG0011490 and NEG0014629-14630; and

(4) Any new speckle reduction methods of any new or modified wafer inspection system that utilizes a sequential two fiber bundle structure, such as that described in NEG0011490 and NEG0014629-14630.

**IT IS FURTHER STIPULATED** that:

The Defendants, Negevtech Ltd. and Negevtech, Inc., including their officers, directors, agents, servants, employees, subsidiaries, affiliates, and any persons in active concert or participation with them who receive actual notice of this injunction by personal service or otherwise are preliminarily enjoined from:

  (1) Circulating within the United States any sales literature or sales information that encourages the use, sale or importation of any of the foregoing wafer inspection systems and speckle reduction methods; and

  (2) Aiding and abetting, actively inducing or in any way contributing to the use, sale, or importation of any of the foregoing wafer inspection systems and speckle reduction methods within the United States.

**IT IS FURTHER STIPULATED** that:

  The Defendants, Negevtech Ltd. and Negevtech, Inc., including their officers, directors, agents, servants, employees, subsidiaries, affiliates, and any persons in active concert or participation with them who receive actual notice of this injunction by personal service or otherwise, are preliminarily enjoined from directly infringing any one of Claims 1-4, 6, 10-13, 15 and 19-22 of U.S. Patent No. 6,924,891. In addition, Negevtech Ltd. and Negevtech, Inc. are preliminarily enjoined from actively inducing or contributing to the infringement of any of the foregoing claims.

**IT IS FURTHER STIPULATED** that:

  The Defendants, Negevtech Ltd. and Negevtech, Inc., including their officers, directors, agents, servants, employees, subsidiaries, affiliates, and any persons in active concert or participation with them who receive actual notice of this injunction by personal service or otherwise, are required to provide the Court and Applied Materials with the following information prior to offering for sale within the United States any new or modified wafer inspection system having a speckle reduction technique that utilizes a sequential two (or more) fiber bundle structure:

  (1) Claim charts for each of the foregoing claims of U.S. Patent No. 6,924,891 explaining in detail Negevtech Ltd. and Negevtech, Inc.'s contentions as to why the new or modified wafer inspection system does not infringe the claim; and

  (2) Documentation sufficient to support all of Negevtech Ltd. and Negevtech, Inc.'s contentions for each new or modified wafer inspection system.

**IT IS FURTHER STIPULATED** that:

Unless otherwise ordered by this Court, this preliminary injunction is to take effect on March 31, 2006 with regard to Negevtech's manufacture, use, sales, offers to sell, and importation of any systems incorporating a sequential two (or more) fiber bundle structure. Unless otherwise ordered by this Court, this preliminary injunction is to take effect on May 31, 2006 with regard to Negevtech's existing customers' use of and Negevtech's support to such existing customers that use a Negevtech 3100 or Negevtech 302 system that incorporates a sequential two fiber bundle structure. This preliminary injunction shall remain in effect until the conclusion of the litigation concerning the '891 patent and may be modified by the Court pursuant to a noticed motion or it may be modified by written stipulation between Applied Materials and Negevtech and submitted to the Court for approval.

Dated: January 19, 2006         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


/S/ Chuck P. Ebertin
Chuck P. Ebertin
Attorneys for Plaintiffs
Applied Materials, Inc. and Applied Materials Israel, Ltd.


Dated: January 19, 2006         MORRISON & FOERSTER LLP


/S/ Shane Brun
Shane Brun
Attorneys for Defendants
Negevtech Ltd. and Negevtech, Inc.


I, Chuck P. Ebertin, attest that Shane Brun has concurred in the filing of this document.


/S/ Chuck Ebertin
Chuck P. Ebertin

| | |
|---|---|
| 1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |
| 2 | |
| 3 | Dated: _____ |

*IT IS SO ORDERED*
*Susan Illston*
*Judge Susan Illston*

(United States District Court, Northern District of California seal)