1  CHUCK P. EBERTIN (161374)
   ANDREW C. TEMKIN (199779)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue
3  Palo Alto, CA 94301
   Tel:  (650) 470-4500
4  Fax:  (650) 470-4570

5  Attorneys for Plaintiffs
   Applied Materials, Inc. and
6  Applied Materials Israel, Ltd.

MICHAEL A. JACOBS (111664)
SHANE BRUN (179079)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel:  (415) 268-7000
Fax:  (415) 268-7522

Attorneys for Defendants
Negevtech, Inc. and Negevtech Ltd.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12  APPLIED MATERIALS, INC. and
    APPLIED MATERIALS ISRAEL, LTD.,

13

14                    Plaintiffs,

15        v.

16  NEGEVTECH, INC. and NEGEVTECH LTD.,

17                    Defendants.

Case No.  C04-03656 SI

**STIPULATION AND [PROPOSED]
ORDER RESCHEDULING
FURTHER CASE MANAGEMENT
CONFERENCE**

18

19        WHEREAS, on October 25, 2005, during a Further Case Management Conference, the

20  Court vacated all then pending dates for claim construction of U.S. Patent 5,982,921 ("the '921

21  patent") and further stayed the litigation of the '921 patent pending action by the United States

22  Patent and Trademark Office ("the USPTO") in the reexamination proceeding of the '921 patent.

23        WHEREAS, as of January 31, 2006, there has been no further action by the USPTO in the

24  reexamination of the '921 patent.

25        WHEREAS, on December 19, 2005, the Court entered Order of Dismissal of Plaintiffs'

26  Third Cause of Action and Defendants' Third and Fifth Counterclaims, effectively dismissing the

27  litigation of U.S. Patent No 6,256,093 ("the '093 patent").

28

195868

1

WHEREAS, on January 24, 2006, the Court entered Stipulation and Order Preliminarily Enjoining Defendants Negevtech Ltd. and Negevtech, Inc. with Respect to U.S. Patent No. 6,924,891 ("the '891 patent").

WHEREAS, the parties seek to postpone the Further Case Management Conference currently scheduled for February 3, 2006, on the ground that the conference was originally scheduled to coincide with motions that were to be heard on February 3, 2006, which have since been resolved through the above-referenced stipulations and orders. Accordingly, the parties believe that there is no need for a conference at this particular stage of the litigation.

NOW, THEREFORE, the parties, through their respective counsel, hereby stipulate to modify the current case schedule as follows:

(1)     The Further Case Management Conference currently scheduled for February 3, 2006, is postponed to April 7, 2006.

(2)     The March 3, 2006 hearing date for Plaintiff Applied Materials' Motion to Preliminarily Enjoin Defendants Negevtech Ltd. and Negevtech, Inc. with Respect to U.S. Patent No. 6,924,891 is vacated.

There has been one prior time modification in this case relating to the motion for preliminary injunction and no prior time modifications relating to further case management conferences.

This stipulation and proposed order is without prejudice to either party seeking a further adjustment to the schedule.

Dated:  January 31, 2006                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By: /S/  Chuck P. Ebertin
        Chuck P. Ebertin

        Attorneys for Plaintiffs
        Applied Materials, Inc. and
        Applied Materials Israel, Ltd.

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING CASE MANAGEMENT CONFERENCE
CASE NO. C 04-03656 SI

Dated: January 31, 2006

MORRISON & FOERSTER LLP

By: /S/ Shane Brun
    Shane Brun
    Attorneys for Defendants
    Negevtech, Inc. and Negevtech Ltd.

I, Chuck P. Ebertin, attest that Shane Brun has concurred in the filing of this document.

/S/ Chuck P. Ebertin

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Hon. Susan Illston
Judge of the United States District Court

IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING CASE MANAGEMENT CONFERENCE
CASE NO. C 04-03656 SI