| | |
|---|---|
| CHUCK P. EBERTIN (161374)<br>ANDREW C. TEMKIN (199779)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>525 University Avenue<br>Palo Alto, CA 94301<br>Tel: (650) 470-4500<br>Fax: (650) 470-4570<br><br>Attorneys for Plaintiffs<br>Applied Materials, Inc. and<br>Applied Materials Israel, Ltd. | MICHAEL A. JACOBS (111664)<br>SHANE BRUN (179079)<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Tel: (415) 268-7000<br>Fax: (415) 268-7522<br><br>Attorneys for Defendants<br>Negevtech, Inc. and Negevtech Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC. and<br>APPLIED MATERIALS ISRAEL, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>NEGEVTECH, INC. and NEGEVTECH LTD.,<br><br>Defendants. | Case No. C04-03656 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING FURTHER CASE MANAGEMENT CONFERENCE** |

WHEREAS, on October 25, 2005, during a Further Case Management Conference, the Court vacated all then pending dates for claim construction of U.S. Patent 5,982,921 ("the '921 patent") and further stayed the litigation of the '921 patent pending action by the United States Patent and Trademark Office ("the USPTO") in the reexamination proceeding of the '921 patent.

WHEREAS, as of March 27, 2006, there has been no office action by the USPTO in the reexamination of the '921 patent.

WHEREAS, on December 19, 2005, the Court entered Order of Dismissal of Plaintiffs' Third Cause of Action and Defendants' Third and Fifth Counterclaims, effectively dismissing the litigation of U.S. Patent No 6,256,093 ("the '093 patent").

1     WHEREAS, on January 24, 2006, the Court entered Stipulation and Order Preliminarily Enjoining Defendants Negevtech Ltd. and Negevtech, Inc. with Respect to U.S. Patent No. 6,924,891 ("the '891 patent").

    WHEREAS, the parties seek to postpone the Further Case Management Conference currently scheduled for April 7, 2006, on the ground that there has been no recent activity in the USPTO's reexamination of the '921 patent and no other activity in the litigation with regard to either the '921 or '891 patents. Accordingly, the parties believe that there is no need for a conference at this particular stage of the litigation.

    NOW, THEREFORE, the parties, through their respective counsel, hereby stipulate to modify the current case schedule as follows:

    (1)     The Further Case Management Conference currently scheduled for April 7, 2006, is postponed to July 14, 2006.

    There has been one prior time modification in this case relating to the motion for preliminary injunction and one prior time modification relating to further case management conferences.

    This stipulation and proposed order is without prejudice to either party seeking a further adjustment to the schedule.

Dated: March 28, 2006          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /S/ Chuck P. Ebertin
     Chuck P. Ebertin

     Attorneys for Plaintiffs
     Applied Materials, Inc. and
     Applied Materials Israel, Ltd.

Dated: March 28, 2006          MORRISON & FOERSTER LLP

By: /S/ Shane Brun
     Shane Brun

     Attorneys for Defendants
     Negevtech, Inc. and Negevtech Ltd.

I, Chuck P. Ebertin, attest that Shane Brun has concurred in the filing of this document.

/S/ Chuck P. Ebertin
Chuck P. Ebertin

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Hon. Susan Illston
Judge of the United States District Court

Judge Illston will conduct a telephone conference on Friday, April 14, 2006. Be on telephone standby between 2:30 and 5 p.m.



DENIED
Judge Susan Illston