CHUCK P. EBERTIN (161374)
ANDREW C. TEMKIN (199779)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
Tel: (650) 470-4500
Fax: (650) 470-4570

Attorneys for Plaintiffs
Applied Materials, Inc. and
Applied Materials Israel, Ltd.

MICHAEL A. JACOBS (111664)
SHANE BRUN (179079)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000
Fax: (415) 268-7522

Attorneys for Defendants
Negevtech, Inc. and Negevtech Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

APPLIED MATERIALS, INC. and
APPLIED MATERIALS ISRAEL, LTD.,

Plaintiffs,

v.

NEGEVTECH, INC. and NEGEVTECH LTD.,

Defendants.

Case No. C04-03656 SI

**STIPULATION AND [PROPOSED] ORDER RESCHEDULING FURTHER CASE MANAGEMENT CONFERENCE**

On October 25, 2005, the Court vacated all then pending dates for claim construction of U.S. Patent 5,982,921 ("the '921 patent") and further stayed the litigation of the '921 patent pending action by the United States Patent and Trademark Office ("the USPTO") in the reexamination proceeding of the '921 patent.

On April 14, 2006, during a Further Case Management Conference, the Court held a telephone conference requesting an update regarding the reexamination of the '921 patent. After

the parties informed the Court that there had been no activity in the reexamination, the Court scheduled another Case Management Conference for July 14, 2006.

As of July 11, 2006, there has been no office action by the USPTO in the reexamination of the '921 patent.

There has been no significant activity in this matter since the April 2006 telephone conference in light of (i) the pending reexamination and stay of the '921 patent and (ii) the prior orders of this Court. In particular, on December 19, 2005, the Court entered an Order of Dismissal of Plaintiffs' Third Cause of Action and Defendants' Third and Fifth Counterclaims, effectively dismissing the litigation involving U.S. Patent No 6,256,093 ("the '093 patent"). On January 24, 2006, the Court entered a Stipulation and Order Preliminarily Enjoining Defendants Negevtech Ltd. and Negevtech, Inc. with Respect to U.S. Patent No. 6,924,891 ("the '891 patent"). One of the dates for compliance with the terms of the injunction was modified on May 25, 2006, pursuant to a request from Negevtech to complete the retrofit of one of its tools at a customer site. The Negevtech tool at the customer site has been modified and Negevtech is in compliance with the modified terms of the injunction.

In view of the foregoing, the parties seek to postpone the Further Case Management Conference currently scheduled for July 14, 2006, on the ground that there has been no recent activity in the USPTO's reexamination of the '921 patent and no other activity in the litigation with regard to either the '921 or '891 patents. Thus, the parties believe that there is no need for a conference at this particular stage of the litigation. Alternatively, the parties request that the status conference scheduled for July 14, 2006 be conducted telephonically.

Accordingly, the parties, through their respective counsel, hereby stipulate to modify the current case schedule as follows: the Further Case Management Conference currently scheduled for July 14, 2006, is postponed to September 8, 2006.

There has been one prior time modification in this case relating to the motion for preliminary injunction and one prior time modification relating to further case management conferences.

///

///

This stipulation and proposed order is without prejudice to either party seeking a further adjustment to the schedule.

Dated: July 11, 2006        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


                            By: /S/ Chuck P. Ebertin
                                Chuck P. Ebertin

                                Attorneys for Plaintiffs
                                Applied Materials, Inc. and
                                Applied Materials Israel, Ltd.


Dated: July 11, 2006        MORRISON & FOERSTER LLP


                            By: /S/ Shane Brun
                                Shane Brun

                                Attorneys for Defendants
                                Negevtech, Inc. and Negevtech Ltd.


I, Chuck P. Ebertin, attest that Shane Brun has concurred in the filing of this document.


                            /S/ Chuck P. Ebertin
                            Chuck P. Ebertin


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____        /s/ Susan Illston
                                     Hon. Susan Illston
                                     Judge of the United States District Court