| | |
|---|---|
| CHUCK P. EBERTIN (161374) | MICHAEL A. JACOBS (111664) |
| ANDREW C. TEMKIN (199779) | SHANE BRUN (179079) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | MORRISON & FOERSTER LLP |
| 525 University Avenue | 425 Market Street |
| Palo Alto, CA 94301 | San Francisco, CA 94105 |
| Tel: (650) 470-4500 | Tel: (415) 268-7000 |
| Fax: (650) 470-4570 | Fax: (415) 268-7522 |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| Applied Materials, Inc. and | Negevtech, Inc. and Negevtech Ltd. |
| Applied Materials Israel, Ltd. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC. and APPLIED MATERIALS ISRAEL, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> NEGEVTECH, INC. and NEGEVTECH LTD., <br><br> Defendants. | Case No. C04-03656 SI <br><br> **STIPULATION AND [PROPOSED] ORDER RESCHEDULING FURTHER CASE MANAGEMENT CONFERENCE** |

On October 25, 2005, the Court vacated all then pending dates for claim construction of U.S. Patent 5,982,921 ("the '921 patent") and further stayed the litigation of the '921 patent pending action by the United States Patent and Trademark Office ("the USPTO") in the reexamination proceeding of the '921 patent.

On April 14, 2006, during a Further Case Management Conference, the Court held a telephone conference requesting an update regarding the reexamination of the '921 patent. After the parties informed the Court that there had been no activity in the reexamination, the Court

scheduled another Case Management Conference for July 14, 2006, which was rescheduled to September 8, 2006.

The September 8, 2006 Case Management Conference was rescheduled to November 3, 2006.

As of October 26, 2006, there has been no office action by the USPTO in the reexamination of the '921 patent.

There has been no significant activity in this matter since the April 2006 telephone conference in light of (i) the pending reexamination and stay of the '921 patent and (ii) the prior orders of this Court. In particular, on December 19, 2005, the Court entered an Order of Dismissal of Plaintiffs' Third Cause of Action and Defendants' Third and Fifth Counterclaims, effectively dismissing the litigation involving U.S. Patent No 6,256,093 ("the '093 patent"). On January 24, 2006, the Court entered a Stipulation and Order Preliminarily Enjoining Defendants Negevtech Ltd. and Negevtech, Inc. with Respect to U.S. Patent No. 6,924,891 ("the '891 patent"). One of the dates for compliance with the terms of the injunction was modified on May 25, 2006, pursuant to a request from Negevtech to complete the retrofit of one of its tools at a customer site. The Negevtech tool at the customer site has been modified and Negevtech is in compliance with the modified terms of the injunction.

In view of the foregoing, the parties seek to postpone the Further Case Management Conference currently scheduled for November 3, 2006, on the ground that there has been no recent activity in the USPTO's reexamination of the '921 patent and no other activity in the litigation with regard to either the '921 or '891 patents. Thus, the parties believe that there is no need for a conference at this particular stage of the litigation. Alternatively, the parties request that the status conference scheduled for November 3, 2006 be conducted telephonically.

Accordingly, the parties, through their respective counsel, hereby stipulate to modify the current case schedule as follows: the Further Case Management Conference currently scheduled for November 3, 2006, is postponed to January 19, 2007.

There have been prior time modifications in this case relating to the motion for preliminary injunction and further case management conferences.

|   |   |   |
|---|---|---|
| 1 | This stipulation and proposed order is without prejudice to either party seeking a further adjustment to the schedule. | |
| 2 | | |
| 3 | | |
| 4 | Dated: October 27, 2006 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 5 | | |
| 6 | | By: /S/ Chuck P. Ebertin<br>Chuck P. Ebertin |
| 7 | | Attorneys for Plaintiffs<br>Applied Materials, Inc. and |
| 8 | | Applied Materials Israel, Ltd. |
| 9 | | |
| 10 | Dated: October 27, 2006 | MORRISON & FOERSTER LLP |
| 11 | | |
| 12 | | By: /S/ Shane Brun<br>Shane Brun |
| 13 | | Attorneys for Defendants<br>Negevtech, Inc. and Negevtech Ltd. |

I, Chuck P. Ebertin, attest that Shane Brun has concurred in the filing of this document.

/S/ Chuck P. Ebertin
Chuck P. Ebertin

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____   _Susan Illston_
Hon. Susan Illston
Judge of the United States District Court