CHUCK P. EBERTIN (161374)
ANDREW C. TEMKIN (199779)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
Tel: (650) 470-4500
Fax: (650) 470-4570

Attorneys for Plaintiffs
Applied Materials, Inc. and
Applied Materials Israel, Ltd.

MICHAEL A. JACOBS (111664)
SHANE BRUN (179079)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000
Fax: (415) 268-7522

Attorneys for Defendants
Negevtech, Inc. and Negevtech Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC. and APPLIED MATERIALS ISRAEL, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> NEGEVTECH, INC. and NEGEVTECH LTD., <br><br> Defendants. | Case No. C04-03656 SI <br><br> **STIPULATION AND [PROPOSED] ORDER RESCHEDULING FURTHER CASE MANAGEMENT CONFERENCE** |

On October 25, 2005, the Court vacated all then pending dates for claim construction of U.S. Patent 5,982,921 ("the '921 patent") and further stayed the litigation of the '921 patent pending action by the United States Patent and Trademark Office ("the USPTO") in the reexamination proceeding of the '921 patent.

On April 14, 2006, during a Further Case Management Conference, the Court held a telephone conference requesting an update regarding the reexamination of the '921 patent. After the parties informed the Court that there had been no activity in the reexamination, the Court

1  scheduled another Case Management Conference for July 14, 2006, which was rescheduled to
2  September 8, 2006. The September 8, 2006 Case Management Conference was rescheduled to
3  November 3, 2006. The November 3, 2006 Case Management Conference was rescheduled to
4  January 19, 2007. As of January 10, 2007, there has been no office action by the USPTO in the
5  reexamination of the '921 patent.

6  There has been no significant activity in this matter since the April 2006 telephone
7  conference in light of (i) the pending reexamination and stay of the '921 patent and (ii) the prior
8  orders of this Court. In particular, on December 19, 2005, the Court entered an Order of Dismissal
9  of Plaintiffs' Third Cause of Action and Defendants' Third and Fifth Counterclaims, effectively
10 dismissing the litigation involving U.S. Patent No 6,256,093 ("the '093 patent"). On January 24,
11 2006, the Court entered a Stipulation and Order Preliminarily Enjoining Defendants Negevtech Ltd.
12 and Negevtech, Inc. with Respect to U.S. Patent No. 6,924,891 ("the '891 patent"). One of the
13 dates for compliance with the terms of the injunction was modified on May 25, 2006, pursuant to a
14 request from Negevtech to complete the retrofit of one of its tools at a customer site. The
15 Negevtech tool at the customer site has been modified, and Negevtech is in compliance with the
16 modified terms of the injunction. On January 3, 2007, Negevtech filed for reexamination of the
17 '891 patent. The USPTO has not yet acted on that request.

18 In view of the foregoing, the parties seek to postpone the Further Case Management
19 Conference currently scheduled for January 19, 2007, on the ground that there has been no recent
20 activity in the USPTO's reexamination of the '921 patent and no other relevant activity in the
21 litigation with regard to either the '921 or '891 patents. Thus, the parties believe that there is no
22 need for a conference at this particular stage of the litigation. Alternatively, the parties request that
23 the status conference scheduled for January 19, 2007 be conducted telephonically.

24 Accordingly, the parties, through their respective counsel, hereby stipulate to modify the
25 current case schedule as follows: the Further Case Management Conference currently scheduled
26 for January 19, 2007, is postponed to April 27, 2007.

27 There have been prior time modifications in this case relating to the motion for preliminary
28 injunction and further case management conferences.

This stipulation and proposed order is without prejudice to either party seeking a further adjustment to the schedule.

Dated: January 10, 2007    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /S/ Chuck P. Ebertin
Chuck P. Ebertin

Attorneys for Plaintiffs
Applied Materials, Inc. and
Applied Materials Israel, Ltd.

Dated: January 10, 2007    MORRISON & FOERSTER LLP

By: /S/ Shane Brun
Shane Brun

Attorneys for Defendants
Negevtech, Inc. and Negevtech Ltd.

I, Chuck P. Ebertin, attest that Shane Brun has concurred in the filing of this document.

/S/ Chuck P. Ebertin
Chuck P. Ebertin

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    _____
Hon. Susan Illston
Judge of the United States District Court