IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MATERIALS, INC. and<br>APPLIED MATERIALS ISRAEL, LTD.,<br><br>                    Plaintiffs,<br><br>   v.<br><br>NEGEVTECH, INC. and NEGEVTECH LTD.,<br><br>                    Defendants.<br>                                                                    / | No. C 04-3656 SI<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ADVISING COUNSEL OF POTENTIAL ADMINISTRATIVE CLOSING** |

This action involves alleged infringement of two patents, Applied Materials' U.S. Patent No. 5,982,921 (the "'921 patent") and its U.S. Patent No. 6,924,891 (the "'891 patent"). The action has been effectively stalled since October, 2005, based on the PTO re-examination proceedings concerning the '921 patent (initiated in June, 2005) and the re-examination request made to the PTO concerning the '891 patent (initiated in January, 2007).

Case management conferences (CMCs) have been scheduled and then postponed by stipulation at least four times since the re-examination process began. Now, the parties seek to continue the CMC currently scheduled for April 27, 2007 to a date in September, 2007. All of the continuances have been sought and granted based on the unsettled state of the patent claims on account of the re-examination proceedings. No realistic completion date has been suggested by anyone.

Accordingly, the parties' request to continue the current CMC to September 14, 2007 is GRANTED, and the stay in this action is extended until that date. However, if the PTO re-examination proceedings as to the '921 and '891 patents have not been completed by that date, this action will be ADMINISTRATIVELY CLOSED without prejudice to re-institution when/if the PTO proceedings are

finalized and the relevant claims remain intact.

The parties shall file a joint status report no later than September 7, 2007 informing the Court of the status of the matter.

**IT IS SO ORDERED**.

Dated: April 23, 2007

SUSAN ILLSTON
United States District Judge