IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLIED MATERIALS, INC.,

        Plaintiff,

v.

NEGEVTECH, INC, ET AL,

        Defendant.

No. C 04-03656 SI

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 8, 2008 at 2:30 p.m..
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 25, 2008.

DESIGNATION OF EXPERTS: 9/08/08. Opening Reports Due: 9/22/08, Opposing Reports Due: 10/27/08, Rebuttal Reports Due: 11/24/08.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 8, 2008

DISPOSITIVE MOTIONS **SHALL** be filed by January 9, 2009;

    Opp. Due June 23, 2006; Reply Due January 30, 2009;

    and set for hearing no later than February 13, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 10, 2009 at 3:30 PM.

JURY TRIAL DATE: March 23, 2009 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be eight days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

| | |
|---|---|
| 10/01/07 | Applied Materials to Serve Disclosure of Asserted Claims and Preliminary Ingrigement Contentions (3-1) |
| n/a | Applied Materials to Serve Document Production Accompanying Disclosure (3-2) |

| | |
|---|---|
| 11/15/07 | Negevtech to Serve Preliminary Invalidity Contentions (3-3) |
| 11/15/07 | Negevtech to serve Document Production Accompanying Preliminary Invalidity Contentions (3-4) |
| 11/30/07 | Parties Exchange Proposed Terms and Claim Elements for Construction (4-1) |
| 12/21/07 | Parties Exchange Preliminary Claim Construction and Extrinsic Evidence (4-2) |
| 1/25/08 | Parties File Joint Claim Construction and Pre-Hearing Statement (4–3) |
| 2/29/08 | Parties Complete Claim Construction Discovery (4-4) |
| 3/17/08 - plt. | File Claim Construction Briefs (4-5) |
| 3/31/08 - deft | File Opposition Briefs Re: Claim Construction (4-5(b)) |
| 4/7/08 - pltf | Parties File Reply Briefs Re: Claim Construction (4-5(c)) |
| 4/23/08 @ 3:30 p.m. - 2 hrs | Tutorial |
| 4/24/08 @ 3:30 p.m. - 2 hrs | Claim Construction Hearing |

Dated:

_____
SUSAN ILLSTON
United States District Judge