IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MATERIALS, INC. and APPLIED MATERIALS ISRAEL, LTD.,<br><br>    Plaintiffs,<br><br>  v.<br><br>NEGEVTECH, INC. and NEGEVTECH LTD.,<br><br>    Defendants. | No. C 04-3656 SI<br><br>**ORDER TO FILE JOINT STATUS REPORT AND SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

By pleading filed August 14, 2009, the parties jointly represented that defendant Negevtech Ltd., an Israeli company, has filed bankruptcy in Israel, and that the parties contemplated filing a stipulation to dismiss this action without prejudice. The parties represented that such a resolution should be reached "within a short period of time" and requested leave to file a status report by September 25, 2009.

Nothing has been heard from the parties since. **Accordingly, the parties are ORDERED to file a Joint Status Report no later than October 21, 2009, informing the Court of the status of the proceedings.** In addition, a **further Case Management Conference is set for Friday, October 23, 2009 at 3:00 p.m.** Barring a stipulated dismissal, all parties are ordered to appear through counsel at that conference to set a further schedule for the case.

**IT IS SO ORDERED**.

Dated: October 14, 2009

                                                  SUSAN ILLSTON
                                                  United States District Judge