| | |
|---|---|
| CHUCK P. EBERTIN (161374)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>525 University Avenue<br>Palo Alto, CA  94301<br>Tel:   (650) 470-4500<br>Fax:  (650) 470-4570<br><br>Attorneys for Plaintiffs<br>Applied Materials, Inc. and<br>Applied Materials Israel, Ltd. | MICHAEL A. JACOBS (111664)<br>SHANE BRUN (179079)<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Tel:   (415) 268-7000<br>Fax:  (415) 268-7522<br><br>Attorneys for Defendants<br>Negevtech, Inc. and Negevtech Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC. and<br>APPLIED MATERIALS ISRAEL, LTD.,<br><br>        Plaintiffs,<br><br>    v.<br><br>NEGEVTECH, INC. and NEGEVTECH LTD.,<br><br>        Defendants. | Case No.  C04-03656 SI<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs Applied Materials, Inc. and Applied Materials Israel, Ltd. (collectively "Applied Materials") and defendants Negevtech, Inc. and Negevtech Ltd. (collectively "Negevtech") hereby stipulate, through their respective counsel, to dismiss all of their claims and counterclaims against each other in the above entitled action without prejudice. The parties are to bear their own costs and attorneys fees.

.

Dated: October 20, 2009    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /S/ Chuck P. Ebertin
    Chuck P. Ebertin

Attorneys for Plaintiffs
Applied Materials, Inc. and
Applied Materials Israel, Ltd.

Dated: October 20, 2009    MORRISON & FOERSTER LLP

By: /S/ Shane Brun
    Shane Brun

Attorneys for Defendants
Negevtech, Inc. and Negevtech Ltd.

I, Chuck P. Ebertin, attest that Shane Brun has concurred in the filing of this document.

/S/ Chuck P. Ebertin
    Chuck P. Ebertin

**[PROPOSED] ORDER**

WHEREAS the parties have agreed to dismiss this action pursuant to the above stipulation, IT IS HEREBY ORDERED that this action is hereby dismissed WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party is to bear its own costs and attorneys fees.

IT IS SO ORDERED.

Dated:  October __, 2009

_____
Honorable Susan Illston
UNITED STATES DISTRICT JUDGE